COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:     Marva Zachaire v. Texas Best Staff Leasing, Inc. d/b/a Alt-Source and
                         Barron Builder and Management Company

Appellate case number:   01-13-00645-CV

Trial court case number:  2009-45507

Trial court:             270th District Court of Harris County

Date motion filed:       October 6, 2014

Party filing motion:     Appellant

Appellant, Marva Zachaire, has filed a "Motion for a New Trial or in the Alternative Motion to Reinstate Case." We construe the motion as a motion for rehearing and order that the motion for rehearing is **DENIED.**

Judge's signature: /s/ Terry Jennings
               ☐ Acting individually   ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings and Keyes

Date:  October 30, 2014